IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| BRUCE LEE JENNINGS, et al. | ) | Case No.: 03-04926-3F1 |
| Debtors. | ) | |
| _____ | ) | |
| RKB INVESTMENTS, et al., | ) | |
| Plaintiffs, | ) | Adversary. No. 03-203 |
| v. | ) | |
| BRANDON JAMES MAXFIELD, et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |
| JANICE KAY JENNINGS, | ) | |
| Plaintiffs, | ) | Adversary. No. 03-345 |
| v. | ) | |
| BRANDON JAMES MAXFIELD, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |
| BRANDON JAMES MAXFIELD, | ) | |
| Plaintiff, | ) | Adversary. No. 03-473 |
| v. | ) | |
| BRYCO ARMS, INC., et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| BRANDON JAMES MAXFIELD, | ) | |
| Plaintiff, | ) | Adversary. No. 04-107 |
| v. | ) | |
| BRYCO ARMS, INC., et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER OF DISMISSAL OF APPEALS WITH PREJUDICE

These adversary proceedings are before the Court upon the Joint Stipulation and Motion for Order of Dismissal of Appeals with Prejudice. Upon the stipulation of the parties and pursuant to Bankruptcy Rule 8001(c), it is

**ORDERED:**

1. On June 12, 2007, this Court entered a Judgment [Adv.No. 03-203-Docket No. 283; Adv. No. 03-345 – Docket No. 213; Adv. No. 03-473 – Docket No. 198; Adv. No. 04-107 – Docket No. 209] and Findings of Fact and Conclusions of Law [Adv. No. 03-203 – Docket No. 282; Adv. No. 03-345 – Docket No. 212; Adv.No. 03-473 – Docket No. 197; Adv. No. 04-107 – Docket No. 208] in the consolidated adversary proceeding.

2. On June 21, 2007 and June 22, 2007, RKB Investments, The Bradley A. Jennings California Trust, the Kimberly K. Jennings California Trust and Janice Kay Jennings ("Appellants") appealed the Judgment and Findings of Fact and Conclusions of Law to the United States District Court for the Middle District of Florida.

3. Thereafter, on June 22, 2007, Brandon J. Maxfield ("Cross-Appellant") cross-appealed the Judgment and Findings of Fact and Conclusions of Law to the Untied States District Court for the Middle District of Florida.

4. Appellants and Cross-Appellant stipulated to the mutual dismissal of their respective appeals and cross-appeal with each party to bear its own attorneys' fees and costs.

5. The appeals and cross-appeal herein are dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

**DATED** this 27 day of July 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge